AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>WINSTON PINNOCK<br>KARL SHERWIN McGLASHAN JR.<br>ALBERT FRANCES<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.<br><br>**8:24MJ1393TGW** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 15, 2024__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii) | Did knowingly and willfully combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Mickey R. Miller, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 13, 2024

_____
*Judge's signature*

City and state: Tampa, FL

THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mickey R. Miller, being duly sworn, depose and state:

### Introduction and Agent Background

1.  I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been employed by the HSI since 2006. Since June of 2014, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Immigration and Customs Enforcement, Homeland Security Investigations (HSI), the Coast Guard Investigative Service (CGIS), the United States Coast Guard (USCG), and state and local law enforcement agencies. Investigations initiated by Operation Panama Express are prosecuted in the Middle District of Florida (Tampa Division). Special Agents assigned to Operation Panama Express currently investigate cocaine smuggling organizations that are responsible for the transportation of cocaine through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

## Statutory Authority

2. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about February 15, 2024, while on board a vessel subject to the jurisdiction of the United States, the defendants, WINSTON PINNOCK, KARL SHERWIN MCGLASHAN JR., and ALBERT FRANCES, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

3. The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

## Probable Cause

4. The United States Coast Guard (USCG) has authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and

2

arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

5. On February 15, 2024, an air asset from the USS LEYTE GULF detected a Go-Fast Vessel (GFV) visually in international waters in the Caribbean Sea, approximately 180 nautical miles Southeast of Jamaica. The USS LEYTE GULF, with USCG LEDET 404, diverted to intercept the GFV.

6. The USS LEYTE GULF launched its small boat with a Coast Guard boarding team onboard to interdict the GFV.

7. The Coast Guard boarding team arrived on scene and the GFV went dead in the water.

8. The Coast Guard boarding team conducted a right of approach and gained positive control of the GFV. There were three people onboard: WINSTON PINNOCK, KARL SHERWIN MCGLASHAN JR., and ALBERT FRANCES. The individuals claimed Jamaican nationality for the vessel. The Jamaican government confirmed the nationality of the vessel and approved the boarding and search of the vessel, the persons onboard, and the cargo. Therefore, the Coast Guard determined the vessel was subject to the law of the United States under 46 U.S.C. § 70502(c)(1)(C).

9. The Coast Guard boarding team discovered multiple packages, containing approximately six hundred and ten (610) kilograms of suspected contraband. The USCG conducted two Narcotics Identification Kit Tests on

3

suspected contraband. The results of both tests were positive for cocaine. The bales were weighed by the Coast Guard and had an at sea weight of 610 kilograms.

10. The Coast Guard conducted Ionscan swipes of vessel and the hands of the individuals onboard the GFV. The Ionscan swipes of the vessels starboard gunnel and helm were positive for cocaine. The Coast Guard detained the three individuals and transferred the contraband to the USS LEYTE GULF.

11. In my training and experience, the GFV is consistent in style, size, and propulsion to other such vessels frequently used to transport cocaine across international waters in the Caribbean Sea.

12. On March 09, 2024, Jamaica waived its primary right of jurisdiction over the three defendants and the contraband.

## CONCLUSION

13. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following three defendants named herein, WINSTON PINNOCK, KARL SHERWIN McGLASHAN JR., and ALBERT FRANCES, while on board a vessel subject to the jurisdiction of the United States, knowingly and intentionally combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable

4

amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

Mickey R. Miller
Special Agent, HSI

Sworn to before me and signed in my presence, this 13th day of March, 2024.

HONORABLE THOMAS G. WILSON
United States Magistrate Judge

5